IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LEVI B. MILLER, IV, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:25-cv-00795-SAG |
| MCDONOGH SCHOOL, INCORPORATED, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of Joseph P. Kavanagh of Goodell, DeVries, Leech & Dann, LLP as additional counsel on behalf of Defendant McDonogh School, Inc. in above-captioned matter

Respectfully submitted,

/s/ Joseph P. Kavanagh
Jeffrey J. Hines (Federal Bar #03803)
jjh@gdldlaw.com
Sean Gugerty (Federal Bar #21125)
sgugerty@gdldlaw.com
Joseph P. Kavanagh (Federal Bar #30694)
jkavanagh@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000 (Phone) | 410-783-4040 (Fax)

**Attorneys for Defendant McDonogh School, Incorporated**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2025, a copy of the foregoing Entry of Appearance for Joseph P. Kavanagh was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

      /s/ Joseph P. Kavanagh
Joseph P. Kavanagh (Federal Bar #30694)