IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LEVI B. MILLER, IV, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.:  1:25-cv-00795-SAG |
| MCDONOGH SCHOOL, INCORPORATED, | ) | |
| Defendant. | ) | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| DENNIS L. WEDEKIND | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.:  1:24-cv-01065-SAG |
| MCDONOGH SCHOOL, INCORPORATED, | ) | |
| Defendant. | ) | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| JOHN DOE | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.:  1:25-cv-01551-SAG |
| MCDONOGH SCHOOL, INCORPORATED, | ) | |
| Defendant. | ) | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

JOHN DOE                                          )

    Plaintiff,                                    )

    v.                                            )        Civil Action No.:  1:25-cv-01552-SAG

MCDONOGH SCHOOL, INCORPORATED,                   )

    Defendant.                                    )

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## LINE

Defendant McDonogh School, Incorporated ("Defendant"), by and through its undersigned counsel, and pursuant to the Court's Orders (Magistrate Judge Erin Aslan Memorandum Opinion and Order dated January 9, 2026 (ECF Nos. 67 and 68)[1]  and United States District Judge Stephanie A. Gallagher Memorandum Opinion and Order dated February 27, 2026 (ECF No.89) files this Line attaching the following listed documents in compliance with this Court's orders:

1.    T&M Report dated 11/9/2017 (partially redacted);

2.    Venable Contract dated 11/7/2016 (partially redacted);

3.    McDonogh's Second Supplemental Answers to Plaintiff's First Set of Interrogatories dated 1/13/2026 (no redactions);

4.    McDonogh's Memorandum in Support of Defendant's Motion for Protective Order as to Plaintiffs' Subpoena to T&M Protection Resources, LLC, or in the Alternative, Motion to Quash Subpoena dated 10/24/2025 (no redactions);

5.    Defendant's Reply Memorandum in Support of its Motion for Protective Order as to Plaintiffs' Subpoena to T&M Protection Resources, LLC, or in the Alternative, Motion to Quash Subpoena dated 10/24/2025 (no redactions);

6.    Defendant's Memorandum in Opposition to Plaintiffs' Omnibus Motion to Compel dated 12/10/2025 (no redactions);

7.    Memorandum of Law in Support of Defendant's Rule 72(a) Notice of Objections to the January 9, 2026 Memorandum Opinion and Order (ECF Nos. 67 & 68 – Dkt. No. 25-cv-00795) dated January 23, 2026 (no redactions);

---

[1] All referenced ECF numbers are in Levi B. Miller, IV v. McDonogh School, Inc., Civil Action No. SAG-25-0795.

8. Defendant's Emergency Motion to Stay Production of Documents Ordered Produced in Magistrate Judge Aslan's Memorandum Opinion and Order dated January 23, 2026 (no redactions);

9. Defendant's Reply in Support of Emergency Motion to Stay Production of Documents Ordered Produced in Magistrate Judge Aslan's Memorandum Opinion and Order dated February 13, 2026 (no redactions); and

10. Defendant's Reply Memorandum in Support of Defendant's Rule 72(a) Notice of Objections to the January 9, 2026 Memorandum Opinion and Order (ECF Nos. 67 & 68 – Dkt. No. 25-cv-00795) dated February 13, 2026 (no redactions).

Respectfully submitted,

_/s/ Sean Gugerty_
Jeffrey J. Hines (Federal Bar #03803)
jjh@gdldlaw.com
Sean Gugerty (Federal Bar #21125)
sgugerty@gdldlaw.com
Michael A. Pichini (Federal Bar #26342)
map@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
P: (410) 783-4000 | F: (410) 783-4040
**Counsel for Defendant,**
**McDonogh School, Incorporated**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2026, a copy of the foregoing Line was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

_/s/ Sean Gugerty_
Sean Gugerty (Federal Bar No.: 21125)