**T&M**
Protection Resources

**PRIVILEGED AND CONFIDENTIAL**

November 7, 2016

Caryn Pass, Esq.
Venable LLP
575 7th Street, NW
Washington, DC 20004

**Re: Engagement of T&M Protection Resources, LLC**

Dear Ms. Pass:

In anticipation of litigation, Venable LLP ("Venable" or the "Firm") is engaging T&M Protection Resources LLC ("T&M") to conduct an investigation and provide investigative services for the purposes of assisting Venable in its representation of McDonogh School ("McDonogh" or the "School"). This letter confirms the engagement of T&M by Venable and outlines the terms and conditions of the engagement (the "Agreement"). Venable and T&M referred to individually as the Party and collectively as the Parties.

**SCOPE OF SERVICES**

Based upon information known at this time, T&M will provide the following services:

1. **Meetings**. T&M representatives will conduct an initial meeting with Venable and representatives of the School as determined by Venable and the School and which may include School personnel, board members and members of the task force, to discuss the full scope of T&M's investigation, the process T&M intends to employ, and the projected timetable for completion. Issues for discussion will include the method used to contact witnesses and the manner in which each interview will be conducted (face to face or Skype, if the witness resides outside the geographic area). T&M will provide Venable and other designated School personnel with updates concerning the investigation on a regular basis, as determined by Venable in consultation with the School and will meet with Venable and other designated School personnel to discuss the status of the investigation, provide updates and discuss concerns as may arise during the course of the investigation.

2. **Interviews**. T&M's investigation will commence with a review of communications between the School and the individual who initially reported allegations of abuse as well as other relevant information and documentation provided to and or known by the School. As part of the investigation, T&M will interview individuals identified by the School and others that T&M in its discretion identifies as relevant to the investigation. T&M will interview individuals with information related to the initial allegation of abuse as well as individuals with information related to other allegations and concerns as may become apparent during the course of the investigation. T&M will seek to interview individuals including but not limited to the following:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Reported Victim(s)/Witnesses:

    a.   The initial reporter;

    b.   Other individuals/witnesses identified by the initial reporter, the School or T&M;

    c.   Identified victims/witnesses based upon initial interviews conducted above;

    d.   Self-identified victims/witnesses who have publically or privately commented on such allegations of sexual abuse on social media;

    e.   Self-identified victims/witnesses who have publically commented on such allegation of sexual abuse in the media if a letter is published by the School;

    f.   Additional victims/witnesses who may have relevant information regarding the investigation based upon yearbook, personnel records and other documentary review;

    g.   The subject of the investigation.

Current Employees:

    a.   Current administrative personnel;

    b.   Current employees who worked at the School during relevant time period.

Former Employees:

    a.   Former Headmasters and other administrators from relevant time period;

    b.   Any other former employees who were in positions of authority and may have known about any abuse allegations or could have received any complaints from parents, students or others.

Former Board Members, Parents and other Community Members:

    a.   Former board members that may have known about any abuse allegations or could have received any complaints from parents, students or others;

    b.   Parents and other community members that may have information relevant to the investigation.

All interviews of witnesses will be conducted by an experienced investigator and a note-taker and result in the drafting of an interview memo or summary.

3.   **Materials and Social Media Review.**  As part of its investigation, T&M will perform a review of all relevant documents, materials and monitor and review electronic information including but not limited to the following:

Social Media:

Social Media Review and Tracking of articles and reports that may appear in the news media and or social media related to the allegations or incidents at the School.

T&M will conduct a daily search for any articles, blogs or posts related to the allegations and or investigation including those that are written in response to communication sent by the School to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

parents, faculty, staff, alumni and or other members of the School community and the posting of such communication on the School's website or other School social media.

<u>Documents/Information</u>

    a.  Personnel files and any other documents relating to employees named or identified during the course of the investigation including information related to the hiring and or departure from the School;

    b.  Student files and records;

    c.  Yearbooks for relevant years;

    d.  Board minutes for relevant time periods;

    e.  Electronic communications as may exist;

    f.  A background investigation and social media review will be conducted of individuals that may be identified during the investigation as potential abusers. of the investigation.

**3.** **<u>Report Preparation and Delivery.</u>** At the conclusion of the investigation, T&M will prepare a final report of its investigative findings and provide the report to Venable. At the discretion of Venable in consultation with identified representatives of the School, the results of the investigation may be presented to the Board and or other members of the School community.

## PROFESSIONAL FEES

It is expressly understood that T&M will be compensated for the Services based on the rates listed below:

| Role | Rate | |
|---|---|---|
| Vice President | █████ | per hour |
| Managing Director | █████ | per hour |
| Senior Consultant | █████ | per hour |
| Project Manager | █████ | per hour |
| Project Assistant | █████ | per hour |

These fees exclude expenses incurred by T&M in connection with the delivery of the Services, which may include transportation costs, printing and/or reproduction costs, mailing and shipping costs and out-of-pocket incidental expenses as conditions warrant. In addition, travel time will be billed at one-half of the hourly rate. T&M agrees to incur expenses in a manner that is responsible and reasonable.

## PRIVILEGE & CONFIDENTIALITY

T&M agrees to perform all services hereunder in compliance with applicable laws. T&M understands that all communications with Venable in connection with this matter are strictly privileged and confidential and considered attorney work product and considered attorney client privileged & confidential communication. Accordingly, all correspondence, reports, memoranda and other written communications prepared by T&M in connection with this engagement whether produced or prepared

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

electronically or otherwise will be prominently marked "Attorney Client Privileged & Confidential Communication."

T&M will regard all materials prepared including documents collected and or produced, notes from interviews and discussions, reports and or communications created or produced or collected by T&M including by any and all employees, officers, representatives or agents as attorney work-product, which is to be used only in connection with the Services and no other use, disclosure, or dissemination of such material is to be made without the express written permission of Venable. T&M and its representatives will not disclose, share or release without  express written permission of Venable, the content of any oral or written communication received prior to, during or after the completion of this engagement including but not limited to any information that  T&M  obtains, , acquires or has access to.. If any person or entity requests, demands or subpoenas any documentation, written or electronic materials, findings, results or other information including but not limited to notes, reports, files or other materials prepared by T&M or collected by T&M whether in writing or orally relating to this engagement which is within T&M's custody or control (or the custody or control of any of our agents or representatives), unless prohibited by law,  T&M will inform Venable of such request, demand or subpoena. Should Venable require T&M to take any legal action to seek protection against disclosure of such information or materials, Venable will either retain legal counsel to represent T&M or will indemnify T&M for all costs and expenses, including reasonable attorney's fees and disbursements, resulting from such action.

## DISCLAIMER

Venable acknowledges that T&M is not a law firm; that services provided by T&M do not constitute legal services; that T&M is not engaged in rendering legal advice or opinions; and, that any advice or opinions offered by T&M or any of its employees, officers or agents is not intended as legal advice and is not to be relied upon by you as such.

## RETAINER, RESPONSIBLE T&M EMPLOYEE & PAYMENT TERMS

T&M agrees and confirms that Laura Kirschstein shall serve as the main contact with Venable and the School and shall supervise and oversee the Services provided by T&M.  T&M for its part requires a retainer in the amount of $7,500, payable upon execution of this letter of engagement, which shall be credited to the School's account. It is understood that the School will be the financially responsible Party for the Professional Fees and associated expenses. Invoices for services will be submitted to the School, with copies to Venable LLP, on a monthly basis with an itemized statement of services, including expenses, and taxes if applicable. The total amount due shall be debited against the sums in the School's account. After the account is exhausted, all future invoices are payable within thirty (30) days of receipt thereof

## ACCEPTANCE OF AGREEMENT

This Agreement may be executed in counterparts, each of which shall be deemed an original, which together shall constitute one and the same agreement. A signed copy of this Agreement delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Agreement.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

If these terms are acceptable, please have this letter of engagement executed on behalf of Venable LLP and McDonogh School and return the same to me. Payment of the retainer may be made by wire transfer to T&M Protection Resources LLC, c/o JP Morgan Chase Bank, N.A. Account Number 945958056, Routing Number 021000021. If you have any questions, please call me directly at (212) 916-8852.

Thank you for the opportunity to be of service to Venable LLP for this very important assignment.

Sincerely,

T&M PROTECTION RESOURCES, LLC

Laura Kirschstein
Vice President
Sexual Misconduct Consulting & Investigations

AGREED TO AND ACCEPTED BY:
VENABLE LLP

By: _Caryn G Pass_ ._____
           (An Authorized Signatory)
Date: __November 7, 2016_____


AGREED TO AND ACCEPTED BY AS APPLICABLE:
MCDONOGH SCHOOL

By: _____
           (An Authorized Signatory)
Date: _____

This business is licensed by the New York Department of State, Division of Licensing Services
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY